**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-7221

CHRISTOPHER LEE MICHELSON,

Plaintiff - Appellant,

v.

STEPHEN COON, Asheville Police Dept. Detective; MIKE LAMB, Asheville
Police Dept. Sergeant,

Defendants - Appellees,

and

MARK S. GAGE, ATF Agent; RON MOORE, Buncombe County District
Attorney; ROGER THEODORE SMITH, Buncombe County Attorney at Law;
VAN DUNCAN,

Defendants.

Appeal from the United States District Court for the Western District of North Carolina,
at Asheville. Frank D. Whitney, Chief District Judge. (1:17-cv-00050-FDW)

Submitted: February 21, 2019                    Decided: February 26, 2019

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Christopher Lee Michelson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lee Michelson appeals the district court's order dismissing his claims against one but not all defendants, and denying various motions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Michelson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*